November 15, 2005

UNITED STATES DISTRICT COURT
FOR The District Of Columbia

Ellen L. Delaine,

                                              Civil Action No. 05-2156 UNA

        Plaintiff

v.

Social Security Administration,

        Defendant.

On March 4, 2005 Plaintiff filed a complaint against the Social Security Administration in the United States District of Columbia District Court. Plaintiff then filed a motion to Amend Complaint stating that she did not state the specific amount that she was demanding in relief. Plaintiff also stated that she was filing with the Amended Complaint a Standard Form 95 Federal Tort Claim Act. On April 7, 2005 Plaintiff received a Memorandum Opinion stating that the FTCA bars claimants from bringing suit until they have exhausted their administrative remedies. Also stated was that the exhaustion requirement is jurisdictional. Also received with the Memorandum was a final Judgment that stated that Plaintiff's application to proceed in forma pauperis is Granted and further ordered is that the case is dismissed without prejudice for lack of subject matter jurisdiction.

On October 7, 2005 Plaintiff filed a complaint (No. 05-0699) against the Social Security Administration which included additional facts and findings of newly discovered evidence, and Plaintiff filed an application to proceed in forma pauperis. On November 3, 2005 Plaintiff received a Memorandum Opinion stating that the Court construes plaintiff's complaint as a claim for monetary damages against the

United States under the Federal Tort Claims Act. They also stated the Act requires that a claimant present her claim to the appropriate federal agency prior to filing a civil action in a federal district court. Also stated was "(FTCA bars claimants from bringing suits in federal court until they have exhausted their administrative remedies)".

Plaintiff's Complaint alleged that Social Security Administration was participating as a member in concerted actions in a Civil Conspiracy of Invasion of Rights via Continuing Intentional Tort Doctrine for a continuing Intentional Infliction of Emotional Distress as the cause of action. Plaintiff filed her October complaint with the appropriate federal agency, whereby since the United States is a defendant, the proper place for the filing of her complaint is in a federal district court. Plaintiff did not file a Standard Form 95 (FTCA) with the complaint. The nature of Plaintiff's Complaint makes this court the proper place to file, being that this Complaint is a related case to Plaintiff's appeal in the United States Court of Appeals for District of Columbia, Circuit.

Therefore, Plaintiff's Complaint has subject matter jurisdiction and should be allowed to be filed and accepted in this court and to proceed in forma forma pauperis, which was granted.

Respectfully submitted,

Ellen L. Delame

Ellen L. Delame
5608-14th Street NW
Washington, D.C. 20011
202-829-1745

2