UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELLEN L. DeLAINE,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   Civil Action No. 05cv2156
                                 )
SOCIAL SECURITY ADMINISTRATION,  )
                                 )
    Defendant.                   )

### ORDER

The Court has received from plaintiff a document which is construed as a motion to alter or amend the November 3, 2005 Memorandum and Dismissal Order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. The Court dismissed the case without prejudice because plaintiff apparently had not exhausted her administrative remedies under the Federal Tort Claims Act prior to filing her complaint.

Motions under Fed. R. Civ. P. 59(e) are disfavored, and relief under the rule is granted only when the moving party establishes extraordinary circumstances. *See Anyanwutaku v. Moore,* 151 F.3d 1053, 1057 (D.C. Cir. 1998) ("Rule 59(e) motions need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice"). Having reviewed plaintiff's motion and the record in this case, the Court finds no basis to grant the relief plaintiff now seeks.

Accordingly, it is hereby

1

ORDERED that plaintiff's motion to alter or amend is **DENIED**.

SO ORDERED.

*[signature]*
United States District Judge

DATE: *Dec. 13, 2005*